IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA

v.

MICKLE BUFORD                                              No. 04cr20340-Bre

---

ORDER CONTINUING ARRAIGNMENT AND
SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

---

The counsel for the defendant has this day notified the Court that the defendant, upon order of the court, had previously been transferred to a suitable hospital or facility selected by the Court of pretrial examination pursuant to 18 U.S.C. § 4241 to determine defendant's mental competency to stand trial. The court finds that the arraignment should be continued until a report on defendant's mental competency is received and that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(A) the time period of 4/27/05 through 6/29/05 be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is under observation for mental competency.

**ARRAIGNMENT RESET TO WEDNESDAY, JUNE 29, 2005 AT 10:00 A.M. BEFORE MAGISTRATE JUDGE TU M. PHAM.**

This 27 day of April, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20340 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Pamela B. Hamrin
200 Jefferson, Suite 200
Memphis, TN 38109

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT