IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ M ___ D.C.

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 05 JUN 22 PM 3: 36 |
| v. | ___ DI TROLIO<br>CLERK, U.S. DIST. CT.<br>W.D. OF TN, MEMPHIS |
| **MICKLE BUFORD** | **No. 04cr20340-B** |

### ORDER CONTINUING ARRAIGNMENT AND
### SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant, by and through his appointed counsel April Goode (for Pam Hamrin) has this day notified the Court that the defendant, upon order of the court, had previously been transferred to a suitable hospital or facility selected by the Court of pretrial examination pursuant to 18 U.S.C. § 4241 to determine defendant's mental competency to stand trial and his sanity at the time of the offense, and that the defense needs additional time to review the report. The Court finds that the arraignment should be continued until a report on defendant's mental competency is reviewed by counsel and that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(A) the time period of __6/22/05__ through __7/6/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO <u>WEDNESDAY, JULY 6, 2005 AT 10:00 A.M. BEFORE MAGISTRATE JUDGE S. THOMAS ANDERSON.</u>**

This __22__ day of __June__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CR-20340 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Pamela B. Hamrin
200 Jefferson, Suite 200
Memphis, TN 38109

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT