**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _M._ D.C.

05 JUL -7 AM 7: 24

~~THOMAS M. GOULD~~
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

MICKLE BUFORD                                          04cr20340-B/A

## ORDER ON ARRAIGNMENT

This cause came to be heard on _July 6, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _M. C. Germann for P. Hamm_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____The defendant, who is not in custody, may stand on his present bond.
✔ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
**UNITED STATES MAGISTRATE JUDGE**

CHARGES:   felon in possession of firearm - 18:922(g)
Attorney assigned to Case:   Hall
Age: _39_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7-7-05_

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CR-20340 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

Pamela B. Hamrin
200 Jefferson, Suite 200
Memphis, TN 38109

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT