IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 3: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 04-20340-B

MICKLE BUFORD,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND
## TIME TO FILE PRETRIAL MOTIONS

Before this Court is defendant's motion to extend time to file pretrial motions, filed September 2, 2005. For good cause shown, the motion is GRANTED and the time is extended to September 12, 2005.

It is so ORDERED this __6__ day of September, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20340 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
200 Jefferson, Suite 200
Memphis, TN 38109

Honorable J. Breen
US DISTRICT COURT